# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAVON PIERCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO FEDERAL COURT, et al.,<br><br>　　　　　Defendants. | **Case No.  1:15-cv-01910-JLT (PC)**<br><br>**ORDER DIRECTING CLERK'S OFFICE TO RE-DESIGNATE ACTION FROM 540 (MANDAMUS & OTHER) TO 550 (CONDITIONS OF CONFINEMENT) AND VACATING FIRST INFORMATIONAL ORDER**<br><br>**(Docs. 1 and 2)** |

When this matter was filed in this Court, it was erroneously designated as a petition for writ of mandamus.  Accordingly, the Court **ORDERS**:

1. The Clerk of the Court shall re-designate this action from 540 (mandamus & other) to 550 (conditions of confinement); and

2. The First Informational Order, filed on December 28, 2015 (Doc. 2), is STRICKEN.

IT IS SO ORDERED.

　Dated:　**January 12, 2016**　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1